FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-06019-SAB-5 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION** |
| ABEL RIVERA, | **TO MODIFY CONDITIONS OF** |
| Defendant. | **RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release, ECF No. 380. Defendant is represented by Ricardo Hernandez. The Government is represented by Rebecca Perez. The Motion was considered without oral argument.

Defendant moves the Court to modify his conditions of release to allow him to reside with his wife and indicates the Government does not object. The Court finds good cause to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.     Defendant's Motion to Modify Conditions of Pretrial Release, ECF No. 380, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and U.S. Probation.

**DATED** this 23rd day of December 2025.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE**
# 1